AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2 26-cv-00001

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>EVERQUOTE, INC.</u> was received by me on *(date)* <u>Jan 6, 2026</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Sequeira Lavender, Process Specialist</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>EVERQUOTE, INC.</u> on *(date)* <u>Wed, Jan 07 2026 at 9:30 am. EST</u>; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

I declare under penalty of perjury that this information is true.

Date: January 7, 2026

_____
*Server's signature*

WILLIAM H. DEWSNAP, III Process Server and Disinterested Person
_____
*Printed name and title*

92 State Street 8th Floor, Boston, MA 02109
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jan 7, 2026, 9:30 am EST at 155 Federal St., Suite 700, Boston, MA 02110 received by Sequeira Lavender, Process Specialist .

**Documents Served:** ~WRD0000.jpgimage001.pngSummons In a Civil Action; Class Action Complaint and Demand for Jury Trial; Civil Cover Sheet; Consent & Reference of A Civil Action to a Randomly Assigned Magistrate Judge and Notice of Procedure to Consent to Reference of Civil Action or Proceeding to a Randomly Assigned Magistrate Judge.