AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| James E. Shelton, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:26-cv-00001-JMY |
| Everquote, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Everquote, Inc.

Date: 01/23/2026

/s/ V. Amanda Witts
*Attorney's signature*

V. Amanda Witts  (State Bar No. 308902)
*Printed name and bar number*

Mitchell Sandler
2020 K Street NW, Suite 760
Washington, DC  20006
*Address*

v.awitts@mitchellsandler.com
*E-mail address*

(202) 886-5267
*Telephone number*

*FAX number*