

V. Amanda Witts
Partner
V.AWitts@mitchellsandler.com
(202) 886-5260

January 23, 2026

**VIA ECF**

Honorable John Milton Younge
United States District Court for the Eastern District of Pennsylvania
601 Market Street
Courtroom 15-B
Philadelphia, PA 19106

Re: Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint
*Shelton v. EverQuote, Inc.*, No. 2:26-cv-00001-JMY

Dear Judge Younge,

This firm represents Defendant EverQuote, Inc. ("Defendant"). Pursuant to Your Honor's Policies and Procedures, Defendant respectfully submits this letter motion seeking a brief extension of time to respond to Plaintiff James Shelton's ("Plaintiff") Complaint, ECF No. 1 (the "Complaint").

Plaintiff filed the Complaint on January 1, 2026. Defendant's current deadline to respond to the Complaint is January 28, 2026. Defendant respectfully requests a thirty (30) day extension, until February 27, 2026, to respond to the Complaint. Defendant seeks this brief extension to allow Defendant adequate time to investigate the allegations and prepare a response to the Complaint. This request is made in good faith and not for any improper purpose or to delay the proceedings.

Counsel for Defendant conferred with counsel for Plaintiff on or about January 19, 2026 concerning the relief sought herein. Plaintiff does not oppose Defendant's request for a thirty (30) day extension.

Thank you for the Court's time and consideration.

Very Truly Yours,

*/s/ V. Amanda Witts*

V. Amanda Witts, Esq.
Counsel

cc: Andrew Roman Perrong (via ECF)

MITCHELL SANDLER PLLC
2020 K Street, NW
Suite 760
Washington, DC 20006
T. 202.886.5260

mitchellsandler.com