### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated, | : : : : | CIVIL ACTION |
| Plaintiff, | : : : | No. 26-cv-0001 |
| v. | : : | |
| EVERQUOTE, INC, | : : | |
| Defendant. | : | |

### ORDER

AND NOW, this 27th day of January, 2026, upon consideration of Defendant's January 23, 2026 Letter (ECF No. 7), it is hereby **ORDERED** that the requested extension of time for Defendant to respond to Plaintiff's Complaint is **GRANTED**. Defendant shall respond to the Complaint on or before **February 27, 2026**.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ John Milton Younge*
**Judge John Milton Younge**