IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> EVERQUOTE, INC. <br><br> *Defendant*. | Case No. 2:26-cv-00001 <br><br> HON. JOHN M. YOUNGE |

### DEFENDANT EVERQUOTE, INC.'S
### MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(A)

Pursuant to 28 U.S.C. § 1404(A), Defendant EverQuote, Inc. ("EverQuote"), by and through its undersigned counsel, respectfully moves the Court to transfer this case in full to the United States District Court for the District of Massachusetts.

In support of its Motion, EverQuote relies on the accompanying Memorandum of Law, along with the Declaration of Madeline Contois, and exhibits attached hereto.

WHEREFORE, EverQuote requests that the Court grant this Motion and transfer the case in full to the United States District Court for the District of Massachusetts.

Dated: February 27, 2026

                                                  Respectfully submitted,

                                                  */s/ V. Amanda Witts*
                                                  V. Amanda Witts, Esq. (Bar No. 308902)
                                                  MITCHELL SANDLER PLLC
                                                  2020 K Street NW, Suite 760
                                                  Washington, D.C. 20006
                                                  (202) 886-5267
                                                  v.awitts@mitchellsandler.com

                                                  AND

Eric J. Troutman (*pro hac vice* forthcoming)
California Bar No. 229263
Puja J. Amin (*pro hac vice* forthcoming)
California Bar No. 299547
Tori L. Guidry (*pro hac vice* forthcoming)
Louisiana Bar No. 37704
TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1550
Irvine, California 92618
Telephone: (949) 350-3663
Facsimile: (214) 758-1550
troutman@troutmanamin.com

*Attorney for Defendant EverQuote, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 27, 2026, a copy of the foregoing was filed electronically and served by other electronic means on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                */s/ V. Amanda Witts*
                                             V. Amanda Witts, Esq.