IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>EVERQUOTE, INC.<br><br>*Defendant.* | Case No. 2:26-cv-00001<br><br>HON. JOHN M. YOUNGE |

## ORDER

**AND NOW**, this _____ day of _____, 2026, upon consideration of Defendant EverQuote, Inc.'s ("Defendant") Motion to Transfer Pursuant to 28 U.S.C. § 1404(A) (the "Motion"), and any response thereto, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. The case shall be transferred in full to the United States District Court for the District of Massachusetts.

BY THE COURT:

_____
JUDGE John Milton Younge
United States District Court Judge