# **EXHIBIT A**

Case 2:26-cv-00001-JMY    Document 11-3    Filed 02/27/26    Page 1 of 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>         *Plaintiff*,<br><br>v.<br><br>EVERQUOTE, INC.<br><br>         *Defendant.* | Case No. 2:26-cv-00001<br><br>HON. JOHN M. YOUNGE |

**DECLARATION OF V. AMANDA WITTS IN SUPPORT OF DEFENDANT EVERQUOTE, INC.'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1)**

I, V. Amanda Witts, declare and state as follows:

1. I am an attorney at law licensed to practice before the courts of the State of Pennsylvania and admitted to practice before the United States District Court for the Eastern District of Pennsylvania. I am over the age of eighteen and am competent to make this declaration.

2. I am an attorney at the law firm of Mitchell Sandler PLLC, counsel of record for Defendant EverQuote, Inc. ("EverQuote") in the above-captioned matter.

3. I submit this declaration in support of Defendant EverQuote's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1). The information set forth in this declaration is based upon my own personal knowledge. If called as a witness in this matter, I could and would competently testify to the facts set forth herein.

4. On February 26, 2026, I personally accessed the internet using a standard web browser to review the public technical documentation published by Twilio Inc. ("Twilio") regarding its Caller ID Name ("CNAM") functionality.

5. Specifically, I navigated to the Twilio documentation webpage titled "Brand your calls using

CNAM," located at the following uniform resource locator (URL): [https://www.twilio.com/docs/voice/brand-your-calls-using-cnam](https://www.twilio.com/docs/voice/brand-your-calls-using-cnam).

6. I personally reviewed the contents of this webpage as it appeared on that date, paying particular attention to the section bearing the heading "Eligibility."

7. On page this website, under the "Eligibility" heading, the webpage expressly states: "CNAM is displayed only if the recipient has enabled the CNAM feature on their phone through their carrier. For mobile phones, most US carriers offer CNAM as an opt-in feature. If the recipient doesn't enable CNAM for their mobile phone, CNAM won't be displayed even if a CNAM is properly set."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of February, 2026, in Philadelphia, Pennsylvania.

_____
V. Amanda Witts

2