# **<u>EXHIBIT B</u>**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated, | |
| *Plaintiff*, | Case No. 2:26-cv-00001 |
| v. | HON. JOHN M. YOUNGE |
| EVERQUOTE, INC. | |
| *Defendant.* | |

### DECLARATION OF MADELINE CONTOIS IN SUPPORT OF DEFENDANT EVERQUOTE, INC.'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1)

I, Madeline Contois, declare and state as follows:

1. I am over the age of eighteen and am competent to make this declaration. I submit this declaration in support of Defendant EverQuote, Inc.'s ("EverQuote") Motion to Compel Arbitration.

2. I am currently employed by EverQuote as the VP, Performance Marketing. In my capacity as VP, Performance Marketing, I am familiar with the telecommunications infrastructure, software platforms, and third-party vendor systems EverQuote utilizes to communicate with consumers, including the transmission of text messages.

3. The information set forth in this declaration is based on my own personal knowledge, my review of EverQuote's internal systems and vendor agreements, and my understanding of the telecommunications platforms EverQuote relies upon in the regular course of its business. If called as a witness in this matter, I could and would competently testify to the facts set forth herein.

4. EverQuote subscribes to and utilizes the telecommunications platform provided by Twilio Inc.

("Twilio") to route and transmit text messages and calls to consumers. Twilio acts as the carrier platform for these communications.

5. Because EverQuote utilizes Twilio's services to transmit text messages, EverQuote and its telecommunications systems are strictly bound by the technical capabilities, operational rules, and backend functionality of the Twilio platform.

6. Based on EverQuote's use of the Twilio platform, if a consumer has a cellular service and has not affirmatively opted into or enabled the CNAM feature through their specific mobile carrier, Twilio's platform will not display the CNAM data to that consumer, regardless of whether EverQuote populates the CNAM information in Twilio's backend database.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 26 day of February, 2026, in Boston, Massachusetts.

Signed by:
*Madeline Contois*
464C6F4D6B564E7...
Madeline Contois
EverQuote, Inc.

2