IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>EVERQUOTE, INC.<br><br>*Defendant*. | Case No. 2:26-cv-00001<br><br>HON. JOHN M. YOUNGE |

**DEFENDANT EVERQUOTE, INC.'S
MOTION TO STRIKE CLASS ALLEGATIONS**

Pursuant to Federal Rules of Civil Procedure 12(f) and 23, Defendant EverQuote, Inc. ("EverQuote"), by and through its undersigned counsel, respectfully moves the Court to strike Plaintiff James E. Shelton's ("Plaintiff") class allegations in the Complaint.

In support of its Motion, EverQuote relies on the accompanying Memorandum of Law.

WHEREFORE, EverQuote requests that this Court grant its Motion and strike Plaintiff's class allegations.

Dated: February 27, 2026

                                                                             Respectfully submitted,

                                                                             */s/ V. Amanda Witts*
                                                                             V. Amanda Witts, Esq. (Bar No. 308902)
                                                                             MITCHELL SANDLER PLLC
                                                                             2020 K Street NW, Suite 760
                                                                             Washington, D.C. 20006
                                                                             (202) 886-5267
                                                                             v.awitts@mitchellsandler.com

1

AND

Eric J. Troutman (*pro hac vice* forthcoming)
California Bar No. 229263
Puja J. Amin (*pro hac vice* forthcoming)
California Bar No. 299547
Tori L. Guidry (*pro hac vice* forthcoming)
Louisiana Bar No. 37704
TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1550
Irvine, California 92618
Telephone: (949) 350-3663
Facsimile: (214) 758-1550
troutman@troutmanamin.com

*Attorney for Defendant EverQuote, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2026, a copy of the foregoing was filed electronically and served by other electronic means on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ V. Amanda Witts*
V. Amanda Witts, Esq.