IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>EVERQUOTE, INC.<br><br>*Defendant*. | Case No. 2:26-cv-00001<br><br>HON. JOHN M. YOUNGE |

**DEFENDANT EVERQUOTE, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that EverQuote, Inc. ("EverQuote") has no parent corporation, and that no publicly held corporation owns 10% or more of EverQuote's stock.

Dated: February 27, 2026

                                                Respectfully submitted,

                                                */s/ V. Amanda Witts*
                                                V. Amanda Witts, Esq. (Bar No. 308902)
                                                MITCHELL SANDLER PLLC
                                                2020 K Street NW, Suite 760
                                                Washington, D.C. 20006
                                                (202) 886-5267
                                                v.awitts@mitchellsandler.com

                                                AND

                                                Eric J. Troutman (*pro hac vice* forthcoming)
                                                California Bar No. 229263
                                                Puja J. Amin (*pro hac vice* forthcoming)
                                                California Bar No. 299547
                                                Tori L. Guidry (*pro hac vice* forthcoming)
                                                Louisiana Bar No. 37704
                                                TROUTMAN AMIN, LLP
                                                400 Spectrum Center Drive, Suite 1550

1

Irvine, California 92618
Telephone: (949) 350-3663
Facsimile: (214) 758-1550
troutman@troutmanamin.com

*Attorney for Defendant EverQuote, Inc.*