IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>EVERQUOTE, INC.<br><br>    *Defendant.* | Case No. 2:26-cv-00001<br><br>HON. JOHN M. YOUNGE |

**DEFENDANT EVERQUOTE, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

Defendant EverQuote, Inc. ("EverQuote"), by and through its undersigned counsel, respectfully submits this Notice of Supplemental Authority in support of its motion to dismiss Plaintiff James E. Shelton's ("Plaintiff") Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF No. 12.

EverQuote submits for this Court's consideration, the United States District Court, Northern District of Ohio's recent order in *Stockdale v. Skymount Prop. Grp., LLC, et al,* No. 1:25-cv-1282, 2026 WL 591842 (N.D. Ohio Mar. 3, 2026) (granting defendants' motion to dismiss because "telephone call" under the Telephone Consumer Protection Act ("TCPA") could not include modern-day text messages.) A copy of the Order is attached as **Exhibit A**.

1

Dated: March 5, 2026

        Respectfully submitted,

        */s/ V. Amanda Witts*
        V. Amanda Witts, Esq. (Bar No. 308902)
        MITCHELL SANDLER PLLC
        2020 K Street NW, Suite 760
        Washington, D.C. 20006
        (202) 886-5267
        v.awitts@mitchellsandler.com

        AND

        Eric J. Troutman (*pro hac vice* forthcoming)
        California Bar No. 229263
        Puja J. Amin (*pro hac vice* forthcoming)
        California Bar No. 299547
        Tori L. Guidry (*pro hac vice* forthcoming)
        Louisiana Bar No. 37704
        TROUTMAN AMIN, LLP
        400 Spectrum Center Drive, Suite 1550
        Irvine, California 92618
        Telephone: (949) 350-3663
        Facsimile: (214) 758-1550
        troutman@troutmanamin.com

        *Attorney for Defendant EverQuote, Inc.*

## **CERTIFICATION OF SERVICE**

I hereby certify that on March 5, 2026, a copy of the foregoing was filed electronically and served by other electronic means on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ V. Amanda Witts*
V. Amanda Witts, Esq.