IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES E. SHELTON,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**EVERQUOTE, INC.**<br><br>*Defendant.* | Case No. 2:26-cv-00001<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

### [PROPOSED ORDER GRANTING]

### UNOPPOSED MOTION FOR EXTENSION OF TIME

AND NOW, this _____ day of _____, 2026, it is hereby ordered that the Plaintiff's Motion for Extension is Granted. Plaintiff shall have an extension of time up to and including April 10, 2026 in order to file appropriate responses to Defendant's Motions to Transfer (ECF No. 9), Compel Arbitration (ECF No. 10), Dismiss (ECF No. 11), Dismiss (ECF No. 12), Strike (ECF No. 13), and Stay Discovery (ECF No. 14).

*By the Court:*

_____

J.