**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMES E. SHELTON,** individually and on behalf of all others similarly situated, | Case No. 2:26-cv-00001 |
| *Plaintiff,* | **CLASS ACTION** |
| *v.* | **JURY TRIAL DEMANDED** |
| **EVERQUOTE, INC.** | |
| *Defendant.* | |

**[PROPOSED ORDER GRANTING] MOTION TO DENY
PENDING MOTIONS AS MOOT, OR, IN THE ALTERNATIVE,
FOR CASE MANAGEMENT AND SEQUENCING ORDER**

AND NOW, this ____ day of _____, 2026, upon consideration of Plaintiff's

Motion to Deny Pending Motions as Moot or, in the Alternative, for Case Management and

Sequencing Order, it is hereby ORDERED that the Motion is GRANTED as follows:

1. Plaintiff's First Amended Complaint is recognized as the operative pleading.

2. Defendant's Motion to Dismiss Pursuant to Rule 12(b)(1) (ECF No. 11), Motion to

Dismiss Pursuant to Rule 12(b)(6) (ECF No. 12), Motion to Strike Class Allegations (ECF No.

13), and Motion to Stay Discovery (ECF No. 14) are DENIED AS MOOT.

3. Defendant's Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) (ECF No. 9) and

Motion to Compel Arbitration (ECF No. 10) are DENIED WITHOUT PREJUDICE to renewal

against the First Amended Complaint.

4. If Defendant desires to file any of the aforementioned motions, Defendant shall

sequence the motions practice by filing a single Motion to Compel Arbitration to be briefed first.

5. The Court will set a separate briefing schedule as to any other motion Defendant intends to file, as outlined in a Memorandum to be filed within fourteen (14) days of this Order.

*BY THE COURT:*

_____

JOHN M. YOUNGE, J.