**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION |
| | : | No. 26-cv-0001 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| EVERQUOTE, INC, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 13th day of April, 2026, upon consideration of Plaintiff's First Amended

Complaint (ECF No. 19) and April 10, 2026 Motion (ECF No. 20), it is hereby **ORDERED** that:

1.      Defendant's Motion to Dismiss for Lack of Jurisdiction (ECF No. 11), Motion to

Dismiss for Failure to State a Claim (ECF No. 12), and Motion to Strike Class Allegations (ECF

No. 13) are **DENIED AS MOOT WITHOUT PREJUDICE**;

2.      Defendant's Motion to Transfer (ECF No. 9), Motion to Compel Arbitration (ECF

No. 10), and Motion to Stay Discovery (ECF No. 14) are **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

**BY THE COURT:**

*/s/ John Milton Younge*
**Judge John Milton Younge**