**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JAMES E. SHELTON, individually and on behalf of all others similarly situated,

        *Plaintiff,*

        *v.*

EVERQUOTE, INC.

        *Defendant.*

Case No. 2:26-cv-00001

HON. JOHN M. YOUNGE

**DEFENDANT EVERQUOTE, INC.'S**
**MOTION TO COMPEL ARBITRATION**

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, the Federal Arbitration Act, 9 U.S.C. § 1 et seq. ("FAA") and the clear and unambiguous written arbitration agreement between the parties, Defendant EverQuote, Inc. ("EverQuote") moves the Court to compel arbitration. EverQuote requests that the Court enter an Order compelling the Plaintiff to submit his claims against EverQuote to arbitration and dismiss this case.

In support of this Motion, EverQuote relies on the accompanying Memorandum of Law, Declaration of Madeline Contois, and exhibits attached hereto.

**WHEREFORE**, EverQuote requests that the Court grant this Motion, compel arbitration, and dismiss this action.

Dated: April 24, 2026

        **Respectfully submitted**,

        */s/ V. Amanda Witts*
        V. Amanda Witts, Esq. (Bar No. 308902)
        MITCHELL SANDLER PLLC

1

2020 K Street NW, Suite 760
Washington, D.C. 20006
(202) 886-5267
v.awitts@mitchellsandler.com

AND

Eric J. Troutman (*pro hac vice*
forthcoming) California Bar No. 229263
Puja J. Amin (*pro hac vice*
forthcoming) California Bar No.
299547
Tori L. Guidry (*pro hac vice*
forthcoming) Louisiana Bar No.
37704
TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1450
Irvine, California 92618
Telephone: (949) 350-3663
Facsimile: (214) 758-1550
troutman@troutmanamin.com

*Attorney for Defendant EverQuote, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 24, 2026, a copy of the foregoing was filed electronically and served by other electronic means on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ V. Amanda Witts*
V. Amanda Witts, Esq.
