**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated, | |
| *Plaintiff,* | Case No. 2:26-cv-00001 |
| *v.* | HON. JOHN M. YOUNGE |
| EVERQUOTE, INC. | |
| *Defendant.* | |

**<u>ORDER</u>**

**AND NOW**, this _____ day of _____, 2026, upon consideration of Defendant EverQuote, Inc.'s ("Defendant") Motion to Compel Arbitration, and any response thereto, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

1. Plaintiff's First Amended Complaint is **DISMISSED** and Plaintiff is hereby **ORDERED** to pursue his claims in arbitration; *or*

2. Plaintiff is hereby **ORDERED** to pursue his claims in arbitration. It is further **ORDERED** that this case is **STAYED** pending resolution of the arbitration. The parties shall notify the Court of the results of the arbitration within fourteen (14) days of the resolution.

BY THE COURT:

_____
JUDGE John Milton Younge
United States District Court Judge