## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES E. SHELTON, individually and on behalf of all others similarly situated,

      *Plaintiff*,

*v.*

EVERQUOTE, INC.

      *Defendant.*

Case No. 2:26-cv-00001

HON. JOHN M. YOUNGE

## ORDER

**AND NOW**, this _____ day of _____, 2026, upon consideration of Defendant EverQuote, Inc.'s ("Defendant") Motion to Dismiss the First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion"), and any response thereto, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE.**

BY THE COURT:

_____
JUDGE John Milton Younge
United States District Court Judge