### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated, | |
| *Plaintiff*, | Case No. 2:26-cv-00001 |
| *v.* | HON. JOHN M. YOUNGE |
| EVERQUOTE, INC. | |
| *Defendant*. | |

## ORDER

**AND NOW**, this _____ day of _____, 2026, upon consideration of Defendant EverQuote, Inc.'s ("Defendant") Motion to Strike Class Allegations (the "Motion"), and any response thereto, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. The Proposed National DNC Class is **STRICKEN**, and Plaintiff is to proceed individually.

BY THE COURT:

_____
JUDGE John Milton Younge
United States District Court Judge