**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated, | |
| *Plaintiff*, | Case No. 2:26-cv-00001 |
| *v.* | HON. JOHN M. YOUNGE |
| EVERQUOTE, INC. | |
| *Defendant.* | |

<u>**ORDER**</u>

**AND NOW**, this _____ day of _____, 2026, upon consideration of

Defendant EverQuote, Inc.'s ("Defendant") Motion to Stay Discovery, and any response thereto,

it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. It is further **ORDERED** that all

proceedings and matters in this action are **STAYED** pending the resolution of the Motion to

Compel Arbitration, Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), and Motion to Strike

Class Allegations.

BY THE COURT:

_____
JUDGE John Milton Younge
United States District Court Judge