## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES E. SHELTON,** individually and on behalf of all others similarly situated, | Case No. 2:26-cv-00001 |
| *Plaintiff,* | **CLASS ACTION** |
| *v.* | **JURY TRIAL DEMANDED** |
| **EVERQUOTE, INC.** | |
| *Defendant.* | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

Without waiving any defenses Plaintiff may have under the FEDERAL RULES OF CIVIL PROCEDURE or otherwise, Plaintiff moves the Court for an Order extending the deadline for Plaintiff to file responses or other appropriate filings to Defendant's Motions to Compel Arbitration (ECF No. 22), Dismiss (ECF No. 23), Strike (ECF No. 24) and Stay Discovery (ECF No. 25) to May 15, 2026.

Due to the heightened complexity of the Defendant's *four* serial motions, and in order to properly represent the interests of his client, collect responsive documents, and consult with his client in order to formulate appropriate oppositions and/or pleadings in response, undersigned counsel requires additional time to prepare appropriate responses. To that end, Plaintiff requests an extension to respond to aforementioned motions, with the new deadline of May 15, 2026. Defendant has agreed to this request. The extension is not sought for purposes of delay. In seeking the foregoing extension, Plaintiff does not waive, and expressly reserve, any and all rights, objections, arguments, and defenses relating to the Motions and otherwise.

Motion for Extension                                    1

RESPECTFULLY SUBMITTED AND DATED this 27th day of April, 2026.

s/Andrew Roman Perrong
Andrew Roman Perrong
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date.

Dated: April 27, 2026

s/Andrew Roman Perrong
Andrew Roman Perrong
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class
