## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES E. SHELTON,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>**EVERQUOTE, INC.**<br><br>*Defendant.* | Case No. 2:26-cv-00001<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED ORDER GRANTING]

## UNOPPOSED MOTION FOR EXTENSION OF TIME

AND NOW, this _____ day of _____, 2026, it is hereby ordered that the

Plaintiff's Motion for Extension is Granted. Plaintiff shall have an extension of time up to and

including May 22, 2026 in order to file appropriate responses to Defendant's Motions to Compel

Arbitration (ECF No. 22), Dismiss (ECF No. 23), Strike (ECF No. 24) and Stay Discovery (ECF

No. 25).

*By the Court:*

_____

J.

Order On Motion for Extension                    1