## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES E. SHELTON,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>**EVERQUOTE, INC.**<br><br>*Defendant.* | Case No. 2:26-cv-00001<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Without waiving any defenses Plaintiff may have under the FEDERAL RULES OF CIVIL PROCEDURE or otherwise, Plaintiff moves the Court for an Order extending the deadline for Plaintiff to file responses or other appropriate filings to Defendant's Motions to Compel Arbitration (ECF No. 22), Dismiss (ECF No. 23), Strike (ECF No. 24) and Stay Discovery (ECF No. 25) to June 5, 2026.

The Court has already granted two one week extensions (including due to illness of counsel). However, the parties are currently in settlement negotiations and are hopeful that such negotiations will dispose of this case and the need for additional briefing. The parties desire to direct their resources to continuing to discuss a potential resolution as opposed to briefing and replying to the Motions. To that end, Plaintiff requests an extension to respond to aforementioned motions, with the new deadline of June 5, 2026. Defendant has agreed to this request. The extension is not sought for purposes of delay but instead to direct resources toward good faith settlement discussions.

RESPECTFULLY SUBMITTED AND DATED this 19th day of May, 2026.

s/Andrew Roman Perrong
Andrew Roman Perrong
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date.

Dated: May 19, 2026

s/Andrew Roman Perrong
Andrew Roman Perrong
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class