## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES E. SHELTON,** individually and on behalf of all others similarly situated, | Case No. 2:26-cv-00001 |
| *Plaintiff,* | **CLASS ACTION** |
| *v.* | **JURY TRIAL DEMANDED** |
| **EVERQUOTE, INC.** | |
| *Defendant.* | |

## ORDER

AND NOW, this ____3rd____ day of _____June_____, 2026, it is hereby ordered that the

Plaintiff's Motion for Extension (ECF No. 30) is Granted. Plaintiff shall have an extension of time up to and

including June 5, 2026 in order to file appropriate responses to Defendant's Motions to Compel

Arbitration (ECF No. 22), Dismiss (ECF No. 23), Strike (ECF No. 24) and Stay Discovery (ECF

No. 25).

*By the Court:*

/s/ John Milton Younge

**HON. JOHN MILTON YOUNGE**