**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMES E. SHELTON,** individually and on behalf of all others similarly situated, | Case No. 2:26-cv-00001 |
| *Plaintiff,* | **CLASS ACTION** |
| *v.* | **JURY TRIAL DEMANDED** |
| **EVERQUOTE, INC.** | |
| *Defendant.* | |

**ORDER**

AND NOW, this ___4th___ day of _____June_____, 2026, it is hereby ordered that the Plaintiff's Motion for Extension (ECF No. 31) is Granted. Plaintiff shall have an extension of time up to and including June 12, 2026 in order to file appropriate responses to Defendant's Motions to Compel Arbitration (ECF No. 22), Dismiss (ECF No. 23), Strike (ECF No. 24) and Stay Discovery (ECF No. 25).

*BY THE COURT:*

/s/ John Milton Younge

**HON. JOHN MILTON YOUNGE**