**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMES E. SHELTON,** individually and on behalf of all others similarly situated, <br><br> *Plaintiff,* <br><br> *v.* <br><br> **EVERQUOTE, INC.** <br><br> *Defendant.* | Case No. 2:26-cv-00001 <br><br> **CLASS ACTION** <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SETTLEMENT

Plaintiff James E. Shelton files this notice to advise the Court that Plaintiff and Defendant EverQuote, Inc. have reached a settlement in this matter as to all claims. Accordingly, the parties respectfully request that this Court vacate all upcoming deadlines and allow 60 days for the parties to file a notice of dismissal with prejudice pursuant to Local Rule 41.1(b) and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED AND DATED this June 12, 2026

| | |
|---|---|
| */s/ Andrew Roman Perrong* <br> Andrew Roman Perrong, Esq. <br> Perrong Law LLC <br> 2657 Mount Carmel Avenue <br> Glenside, Pennsylvania 19038 <br> Phone: 215-225-5529 (CALL-LAW) <br> Facsimile: 888-329-0305 <br> a@perronglaw.com | */s/ V. Amanda Witts* <br> V. Amanda Witts, Esq. <br> MITCHELL SANDLER PLLC <br> 2020 K Street NW, Suite 760 <br> Washington, D.C. 20006 <br> Tel: (202) 886-5265 <br> v.awitts@mitchellsandler.com <br><br> *Attorney for Defendant* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2026, a copy of the foregoing was served electronically on counsel for the Defendants as per operation of the CM/ECF filing system.

_/s/ Andrew Roman Perrong_
Andrew Roman Perrong, Esq.

2