**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**JAMES E. SHELTON,** individually and on behalf of all others similarly situated,

*Plaintiff*,

*v.*

**EVERQUOTE, INC.**

*Defendant.*

Case No. 2:26-cv-00001

**CLASS ACTION**

**JURY TRIAL DEMANDED**

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses Plaintiff's individual claims with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this August 21, 2026.

s/ Andrew Roman Perrong
Andrew Roman Perrong
a@perronglaw.com
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Telephone: 215-225-5529
Lead attorney for Plaintiff and the Proposed Class

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2026, I filed the foregoing document using the courts CM/ECF system, which will automatically send notification of filing to all counsel of record.

By: */s/ Andrew Roman Perrong*
Andrew Roman Perrong