**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAMES E. SHELTON, | : | CIVIL ACTION |
| Plaintiff, | : | No. 26-cv-1-JMY |
| v. | : | |
| EVERQUOTE, INC., | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 25th day of August, 2026, upon consideration of Plaintiff's Notice of Voluntary Dismissal (ECF No. 35), it is hereby **ORDERED** that Plaintiff's claims are dismissed with prejudice. The Clerk of Court shall mark this case closed.

BY THE COURT:

/s/ *John Milton Younge*

**Judge John Milton Younge**